KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5331
 Fax: (916) 322-8288
 E-mail: Kevin.Reager@doj.ca.gov
*Attorneys for Defendant California Highway Patrol Officer Craig Gooch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MIYA SIMPSON,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**OFFICER GOOCH (Badge 12931); and DOES 1 through 40, et al.,**<br><br>                              Defendants. | 2:13-cv-1483-JAM-AC<br><br>**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT; ORDER**<br><br>Action Filed: July 23, 2013 |

TO THE HONORABLE COURT:

The parties hereby stipulate that the December 18, 2013, entry of default should be set aside.  Good cause to set aside the default exists as there was confusion as to whether substitute service had been completed and Defendant was unaware of the lawsuit.  Defendant has now accepted service of the complaint and is prepared to file an Answer.  A true and correct copy of the proposed Answer is attached hereto as Exhibit A.

/ / /

/ / /

/ / /

1

         IT IS SO STIPULATED.

Dated:  January 28, 2014					Respectfully submitted,

							LAW OFFICES OF JOHNNY L. GRIFFIN, III

							*/s/ Johnny L. Griffen, III*

							JOHNNY L. GRIFFEN, III
							MANOLO OLASO
							*Attorneys for Plaintiff*


Dated:  January 28, 2014					Respectfully submitted,

							KAMALA D. HARRIS
							Attorney General of California
							PETER A. MESHOT
							Supervising Deputy Attorney General

							/s/ Kevin W. Reager

							KEVIN W. REAGER
							Deputy Attorney General
							*Attorneys for Defendant Gooch*

         IT IS SO ORDERED.  The clerk is further ordered to file the attached Answer on behalf of Defendant Gooch.

Dated:   1/29/2014

						/s/ John A. Mendez_____
						UNITED STATES DISTRICT COURT JUDGE

2