**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
JOHNNY L. GRIFFIN, III (SBN 118694)
MANOLO H. OLASO (SBN 195629)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff MIYA SIMPSON

FILED
APR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIYA SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER GOOCH (Badge 12931),<br><br>Defendant. | Case No. 2:13-CV-01483-JAM-AC<br><br>**Order Re: Defendant's Motion for Summary Judgment/Summary Adjudication** |

On April 22, 2015, the court heard a regularly-scheduled argument on defendant Officer Gooch's motion for summary judgment/summary adjudication on the 9:30 a.m. calendar in Courtroom 6. Deputy Attorney General Kevin Reager of the California Attorney General's Office appeared for defendant. Manolo Olaso from the Law Offices of Johnny L. Griffin, III appeared for plaintiff Miya Simpson. After considering the parties' arguments, the pleadings, including, but not limited to, the defendant's motion [ECF 19], the plaintiff's opposition [ECF 20], the defendant's reply [ECF 21], and the documentary evidence submitted by the parties, the court DENIES the

motion for summary judgment/summary adjudication for the reasons stated on the record in open court. Plaintiff's claims for supervisorial liability are dismissed on plaintiff's motion to dismiss them.

**Approved as to form by:**

Dated: April 23, 2015

Kamala D. Harris
Attorney General of California
Peter A. Meshot
Supervising Deputy Attorney General

/s/ Kevin W. Reager
Kevin W. Reager
Deputy Attorney General
Attorneys for Defendant
(e-signature expressly authorized on 04/23/2015)

Dated: April 23, 2015

/s/ Manolo Olaso
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: April 24, 2015

John A. Mendez
United States District Judge