FILED
JUL 2 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYA SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER GOOCH,<br><br>        Defendant. | No. 2:13-cv-1483 JAM AC<br><br>**RESPONSE TO NOTE #1 FROM JURY** |

1.  Someone can be arrested if there is probable cause that he or she has committed or was committing a crime.  In this case, the plaintiff, Miya Simpson, was arrested by defendant, Officer Gooch, for driving under the influence of drugs.  Plaintiff claims there was no probable cause for this arrest.  Officer Gooch denies this claim.

The phrase "lawful order" is neither defined or referenced in the jury instructions.

Dated: July 23, 2015

_____
Honorable John A. Mendez

1