# FILED

JUL 2 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYA SIMPSON, | No. 2:13-cv-1483 JAM AC |
| Plaintiff, | |
| v. | **RESPONSE TO NOTE #2 FROM JURY** |
| OFFICER GOOCH, | |
| Defendant. | |

The phrase "lawful order" is neither defined or referenced in the jury instructions. Please refer to jury instructions Nos. 11, 12, 13, 14, and 15 as to the elements of Plaintiff's case. Please refer also to jury instruction No. 4 concerning what may be considered by you in reaching your verdict.

Dated: July 23, 2015

Honorable John A. Mendez

1