FILED
JUL 2 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYA SIMPSON, | No. 2:13-cv-1483 JAM AC |
| Plaintiff, | |
| v. | **RESPONSE TO NOTE #3 FROM JURY** |
| OFFICER GOOCH, | |
| Defendant. | |

You verdict must be unanimous. There are no alternate jurors. Please review jury instruction No. 23.

Dated: July 23, 2015     _____
Honorable John A. Mendez

1